CR 07 139 ML

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. ______

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: WHITE BROADMAN, INC.

A **REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

☐ Interpreter Required Dialect: ______

Birth Date ______ ☐ Male ☐ Female ☐ Alien (if applicable)

Social Security Number ______

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO. CA-04-364ML

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ______

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 21 U.S.C. Sections 331(d), 355(a) | PENALITIES: a fine of $500,000 or twice the amount of | ☒ Felony ☐ Misdemeanor |
| | and 333(a)(2) Introduction of a new drug into | pecuniary gain drived from the offence, whichever is | ☐ Felony ☐ Misdemeanor |
| | Interstate Commerce without approval from | greater; five years probation and a $400.00 mandatory | ☐ Felony ☐ Misdemeanor |
| | Secretary of Health | special assessment | ☐ Felony ☐ Misdemeanor |
| | | Estimated trial days: 2 | ☐ Felony ☐ Misdemeanor |