AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States

v.

James Mienik
White Broadman, INC

APPEARANCE

CASE NUMBER: 07-139 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Mienik
White Broadman, INC.

I certify that I am admitted to practice in this court.

11/15/07
*Date*

[signature]
*Signature*

ANTHONY M. TRAINI 4793
*Print Name* *Bar Number*

56 PINE STREET - SUITE 200
*Address*

PROVIDENCE RI 02903
*City* *State* *Zip Code*

401-621-4700 401-621-5888
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.