O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
WHITE BROADMAN, INC.

WAIVER OF INDICTMENT

CR 07 139-01 ML

CASE NUMBER:

I, WHITE BROADMAN, INC, the above named defendant, who is accused of introduction of a new drug into interstate commerce without approval from Secretary of Health.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-15-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

White Broadman, Inc.
By [signature] President
Defendant

[signature]
KEVIN J. NAPPER, ESQ.
Counsel for Defendant

Before [signature: David L. Martin]
Judicial Officer