IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. No. 07-139-01 ML |
| | : | |
| WHITE BROADMAN, INC. | : | |
| JAMES MIENIK | : | |
| PAUL ROMANO | : | |
| Defendants. | : | |

**NOTICE OF FILING CORPORATE PLEA DOCUMENTS**

Submitted herewith are the following documents necessary for the change of plea of the defendant White Broadman, Inc.:

1. Unanimous Consent of The Shareholders

2. Corporate Resolution with attached copy of Plea Agreement and copy of Information.

Respectfully submitted,

*/s/ Anthony M. Traini*

Anthony M. Traini (#4793)
56 Pine Street – Suite 2
Providence, RI 02903
Tel.: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com