# UNANIMOUS CONSENT OF THE SHAREHOLDERS

# OF

# WHITE BROADMAN, INC.

The undersigned, being all of the shareholders of White Broadman, Inc., a corporation duly organized and existing under laws of the State of Florida (the "Corporation"), pursuant to F.S.A. §607.0706 do hereby waive any required notice of a shareholder's meeting and, pursuant to F.S.A. §607.0704 consent to the following actions being taken without a meeting, all of which actions are required or permitted to be taken at a meeting of shareholders.

**VOTED**: That the President of the Corporation, James Mienik, be and hereby is authorized, acting alone, without any approval of, or notification to, any other person or entity, to execute on behalf of the Corporation the attached Resolution of even date herewith, and to carry out, perform and otherwise execute any and all matters required or contemplated by the attached Resolution.

**IN WITNESS WHEREOF**, the undersigned, being all of the shareholders of White Broadman, Inc. have executed this Consent on the 5th day of October, 2007.

James Mienik
Shareholder

Paul Romano
Shareholder