CORPORATE RESOLUTION

**WHITE BROADMAN, INC.**

RESOLVED: That counsel to the Corporation, Kevin J. Napper, Esquire and Anthony M. Traini, Esquire, be and hereby are authorized to execute on behalf of the Corporation a form of waiver of indictment to be provided by the United States District Court for the District of Rhode Island, and to file said waiver with the Clerk of said Court, waiving indictment of the Corporation by a grand jury, and assenting to the filing of an Information, a copy of which is attached hereto, charging the Corporation with introducing into interstate commerce, with intent to mislead, a new drug without first obtaining approval for the introduction of such drug from the Secretary of Health and Human Services, in violation of 21 U.S.C. §§331(d), 335(a) and 333(a)(2).

RESOLVED: That counsel to the Corporation, Kevin J. Napper, Esquire and Anthony M. Traini, Esquire, be and hereby are authorized to execute on behalf of the Corporation and to file with the United States District Court for the District of Rhode Island, a Plea Agreement, a copy of which is attached hereto, between the Corporation and the office of the United States Attorney for the District of Rhode Island, confirming a plea of guilty to the above-referenced Information, and agreeing to all the provisions thereof and penalties included therein, all pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

RESOLVED: That the President of the Corporation, James Mienik, be and hereby is authorized to enter into and execute on behalf of the Corporation the aforementioned Plea Agreement, and to bind the Corporation to the terms and conditions thereof, and to perform on behalf of the Corporation the obligations thereof, specifically including, without limitation, the obligations imposed by Paragraphs 1(a) and (b) and 2(a) and (b) of said Agreement.

RESOLVED: That counsel to the Corporation, Kevin J. Napper, Esquire and Anthony M. Traini, Esquire, be and hereby are authorized, on behalf of the Corporation, to appear in the United States District Court for the District of Rhode Island and to formally enter the plea of guilty to the aforementioned Information, to engage in conferences with the Court and other counsel, and with the United States Probation Office, relative to the Information and its disposition, and to take any and all other steps, actions, or decisions, which, in the judgment of said counsel are reasonable and necessary for the consummation of the Plea Agreement, the disposition of the Information, and in their sole judgment in the best interests of the Corporation and its shareholders, and to proceed to the disposition of the Information pursuant to the terms of the Plea Agreement as aforesaid.

RESOLVED: That these resolutions shall be continuing in full force and effect until revoked or modified by resolutions of the Corporation and until official notice in writing of such change shall be given to counsel for the Corporation and to the United States District Court for the District of Rhode Island and acknowledged, and that all previous acts of, and all documents and papers heretofore executed and/or delivered by said counsel to the Corporation in negotiating the terms of the Plea Agreement, or in otherwise exercising any of the foregoing powers, are hereby ratified, confirmed and approved.

Done at Tampa, Florida, this 5th day of October, 2007.

Attest,

White Broadman, Inc.
By
James Mienik, President