**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-139ML |
| | : | |
| WHITE BROADMAN, INC. | : | |

**GOVERNMENT'S RECOMMENDATION AS TO DISPOSITION OF FINES**

As laid out in the plea agreement in the above-filed case, the parties have agreed to a joint recommendation of a fine of $794,334.35. At sentencing, the government will recommend that any fine imposed by the Court be directed to the United States Postal Service's Consumer Fraud Awareness Fund. This pleading is submitted simply to inform the Court of the statutory basis for such a disposition of any fine.

While most fines are simply deposited into the general Crime Victims Fund pursuant to 42 U.S.C. §10601(b)(1), Congress excepted from that normal disposition "fines to be paid into ... (ii) the Postal Service Fund pursuant to sections 2601(a)(2) and 2003 of title 39 and for the purposes set forth in section 404(a)(8) of title 39." 42 U.S.C. §10601(b)(1)(B)(ii).

Congress established the Postal Service Fund in 39 U.S.C. §2003. In 1997, the Postal Service administratively established the Consumer Fraud Awareness Fund (CFAF) for the administration of fines directed to the Postal Service from offenses involving consumer fraud. An explanatory letter from former Chief Postal

Inspector Kenneth J. Hunter states that the "assets of the CFAF shall be used to support activities which facilitate and support the investigation and prevention of fraud against the consuming public in the United States."

Accordingly, given the nature of this case, the government respectfully requests that 100% of any fine imposed in this case be directed to the Postal Service Consumer Fraud Awareness Fund. The government's understanding is that the defendant would have no objection to such a disposition.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2008, a copy of the within Government's Recommendation as to Disposition of Fines was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Napper, Esq.
knapper@carltonfields.com

James E. Felman, Esq.
jfelman@kmf-law.com

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov