IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. No. 07-139-01 ML |
| | : | |
| WHITE BROADMAN, INC. | : | |
| Defendant. | : | |

**MOTION TO ALTER JUDGMENT BY TERMINATION OF PROBATION**

Now comes the corporate defendant White Broadman, Inc., and hereby moves this Honorable Court as follows:

1. On November 15, 2007, the defendant waived indictment and entered a plea of guilty to Count 1 of the Information.

2. On February 29, 2008, the Court sentenced the defendant to a term of 2 years' probation with special conditions and the payment of a fine in the amount of $794,334.35, as well as a statutory special assessment.

3. The special assessment and fine were paid immediately following sentencing on February 29, 2008, and the Government acknowledged Satisfaction of Judgment on March 6, 2008 (see docket entry 23).

4. At the sentencing hearing on February 29, defense counsel informed the Court that the corporate defendant was being maintained as an active corporation in the State of Florida solely for the purpose of disposition of this matter and that the corporation would be dissolved as soon as practicable following the entry of judgment.

5. On March 10, 2008, Articles of Dissolution were filed for the corporation with the office of the Florida Secretary of State. A certified copy of the Articles of Dissolution as filed is attached hereto as Exhibit 1.

6. On March 10, 2008, the corporation was dissolved. A certified copy of the Voluntary Dissolution from the Florida Secretary of State is attached hereto as Exhibit 2.

7. Since the corporation, once dissolved, would no longer legally exist and there would therefore be no defendant subject to supervision by the Probation Department, the Court suggested at sentencing that such circumstances would waste the resources of the Probation Department to continue to supervise the defendant corporation as a probationer.

WHEREFORE, counsel respectfully moves this Honorable Court that the 2-year period of probation imposed by the Court on February 29, 2008 be terminated forthwith, and that the Judgment t be altered to reflect termination of the probation. Defense counsel has inquired of the government concerning its position with respect to this motion and has been advised that he may inform the court that the government has no objection to the motion.

Respectfully submitted,

*<u>/s/ Anthony M. Traini</u>*
Anthony M. Traini (#4793)
56 Pine Street – Suite 2
Providence, RI 02903
Tel.: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com

CERTIFICATE OF SERVICE

I, Anthony M. Traini, hereby certify under the pains and penalties of perjury that I have served the within pleading on all counsel of record electronically this 8th day of April 2008 at the electronic addresses listed in the ECF system.

*/s/ Anthony M. Traini*
Anthony M. Traini