# State of Florida

IN GOD WE TRUST

## Department of State

I certify the attached is a true and correct copy of the Articles of Dissolution, filed on March 10, 2008, dissolving WHITE BROADMAN, INC., a Florida Corporation, as shown by the records of this office.

The document number of this corporation is P01000055325.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twelfth day of March, 2008

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

Kurt S. Browning
Secretary of State

CR2EO22 (01-07)

# ARTICLES OF DISSOLUTION

FILED

2008 MAR 10 AM 11:52

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

White Broadman, Inc.

SECOND: The document number of the corporation (if known): P01000055325

THIRD: The date dissolution was authorized: February 29, 2008

Effective date of dissolution if applicable: February 29, 2008
(no more than 90 days after dissolution file date)

FOURTH: Adoption of Dissolution (CHECK ONE)

[x] Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

[ ] Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

____________________________
(voting group)

Signature: ____________________________
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

James A. Mienik
(Typed or printed name of person signing)

President
(Title of person signing)

**Filing Fee: $35**