# State of Florida

## Department of State

I certify from the records of this office that WHITE BROADMAN, INC. was a corporation organized under the laws of the State of Florida, filed on May 25, 2001, effective May 18, 2001.

The document number of this corporation is P01000055325.

I further certify that said corporation was voluntarily dissolved on March 10, 2008.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twelfth day of March, 2008

Kurt S. Browning
Secretary of State

CR2EO22 (01-07)