UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-139-01 ML

WHITE BROADMAN, INC.

Defendant.

ORDER

This matter having come before the Court on Motion of Defendant White Broadman, Inc., Inc, to Alter Judgment by Termination of Probation, it is hereby

ORDERED:

That as the defendant corporation White Broadman, Inc., having been dissolved on March 10, 2008 as certified by the Florida Secretary of State, no longer legally exists, the 2-year period of probation imposed by the Court on February 29, 2008 is hereby terminated forthwith, and the Judgment in this matter is hereby altered to reflect the termination of probation.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 10, 2008

Entered as an Order of this Court on April 10, 2008.

Deputy Clerk